JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA SUE RUFFIN,<br><br>                Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | Case No. CV 14-2611 KES<br><br>**JUDGMENT** |

   For the reasons stated in the Memorandum Opinion and Order filed herewith,

   IT IS HEREBY ADJUDGED that the decision of the Social Security Commissioner is AFFIRMED and this action is DISMISSED with prejudice.

Dated: October 06, 2015

                                                                  *Karen E. Scott*
                                                                  _____
                                                                  KAREN E. SCOTT
                                                                  United States Magistrate Judge